### 3158.  HARPER v. THE STATE.

HILL, C. J.  No error of law is assigned, and there is some evidence to support the verdict, which was approved by the judge.  The judgment refusing a new trial must be                                           *Affirmed.*

DECIDED APRIL 11, 1911.

Indictment for hog-stealing; from Bibb superior court—Judge Felton.  November 30, 1910.

*Hall & Fowler, W. D. McNeil,* for plaintiff in error

*W. J. Grace, solicitor-general,* contra.

---

### 3159.  WILLIAMS v. THE STATE.

POWELL, J.  The evidence authorized the verdict, and the charge of the court fairly and accurately presented the contentions of the defendant and the law governing the case.                          *Judgment affirmed.*

DECIDED APRIL 11, 1911.

Indictment for assault with intent to murder; from Stephens superior court—Judge Kimsey.  December 21, 1910.

*Fermor Barrett,* for plaintiff in error.

*Robert McMillan, solicitor-general, W. A. Charters,* contra.

---

### 3176.  RIDLEY v. THE STATE.

HILL, C. J.  The assignments of error of law are entirely without merit, and the verdict is fully supported by the evidence.  *Judgment affirmed.*

DECIDED APRIL 11, 1911.

Indictment for shooting at another; from Bibb superior court—Judge Felton.  December 19, 1910.

*John R. Cooper,* for plaintiff in error.

*W. J. Grace, solicitor-general,* contra.